**Maria Antoineta PLASENCIA,**
**Petitioner,**

v.

**DISTRICT DIRECTOR, IMMIGRATION**
**AND NATURALIZATION**
**SERVICE, Respondent.**

**No. 78–2641.**

United States Court of Appeals,
Ninth Circuit.

Nov. 7, 1983.

Denis W. Campbell, Los Angeles, Cal., for respondent.

C. William Kircher, Jr., Asst. U.S. Atty., Los Angeles, Cal., for petitioner.

Before WALLACE and SCHROEDER, Circuit Judges and CORDOVA,* District Judge.

### ORDER

This court has reviewed the briefs filed by the parties in the light of the Supreme Court's holding that the respondent was entitled to due process as a permanent resident alien and the Supreme Court's remand to determine whether due process was accorded under all the circumstances. *See Landon v. Plasencia,* —— U.S. ——, 103 S.Ct. 321, 332, 74 L.Ed.2d 21 (1982). We conclude that the case should be remanded to the district court for further proceedings in accordance with the Supreme Court's opinion.

It is so ordered.